IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SALVADOR COSTILLA and<br>GUADALUPE COSTILLA,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN SECURITY INSURANCE<br>COMPANY,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:16-CV-1063-RP |

## JOINT STIPULATION OF DISMISSAL

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Salvador Costilla and Guadalupe Costilla and Defendant American Security Insurance Company hereby dismiss with prejudice all claims asserted in this lawsuit. Each party shall bear its own fees and costs.

**Submitted by:**

/s/ Bradley J. Aiken                                                                 7/14/2017
Counsel for Defendant                                                             Date

Bradley J. Aiken
State Bar No. 24059361
Federal Bar No. 975212
EDISON, MCDOWELL & HETHERINGTON, LLP
First City Tower, Suite 2700
1001 Fannin Street
Houston, Texas 77027
Telephone: (713) 337-5580
Telecopy: (713) 337-8850

s/ Kevin R. Michaels                                                                7/14/2017
Counsel for Plaintiff                                                                 Date

Kevin R. Michaels
State Bar No. 00784598
LAW OFFICES OF KEVIN R. MICHAELS. P.C.

888 W. Sam Houston Pkwy., S., Ste. 226
Houston, Texas 77042
Telephone: (281) 496-9889
Telecopy: (281) 496-4211

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July, 2017, a true and correct copy of the foregoing has been filed with the Court's CM/ECF system, which will provide electronic notice and copies of this filing to all counsel of record as follows:

Kevin R. Michael
LAW OFFICES OF KEVIN R. MICHAELS
888 W. Sam Houston Pkwy. S., Suite 226
Houston, Texas 77042

*/s/ Bradley J. Aiken*
Bradley J. Aiken