IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SALVADOR COSTILLA and GUADALUPE COSTILLA,<br><br>  Plaintiffs,<br><br>v.<br><br>AMERICAN SECURITY INSURANCE COMPANY,<br><br>  Defendant. | § § § § § § § § § § § § | 1:16-CV-1063-RP |

## ORDER

Before the Court is the above-entitled action. On this day, the Court considered the parties' Joint Stipulation of Dismissal (Dkt. 21).

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED**, **ADJUDGED**, and **DECREED** that all claims and causes of action asserted by Plaintiffs in this action are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED** and that all taxable costs of court shall be taxed against the party incurring the same.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED.**

**SIGNED** on July 14, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE